IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT F. HAYMAN | : |
| Plaintiff(s) | : |
| | : Case Number: 1:05-cv-00130 |
| vs. | : |
| | : Senior District Judge S. Arthur Spiegel |
| SAUL EISEN, U.S. TRUSTEE | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the decision of the United States Bankruptcy Court for the Southern District of Ohio is AFFIRMED (doc. 1).

11/2/05                                                                                          James Bonini, Clerk


                                                                                                 s/Kevin Moser
                                                                                                 Kevin Moser
                                                                                                 Deputy Clerk